```
           IN THE UNITED STATES DISTRICT COURT
              WESTERN DISTRICT OF ARKANSAS
                   FAYETTEVILLE DIVISION
```

CHRIS STOWELL                                                PLAINTIFF

        v.             Civil No. 12-5076

DEPUTY CHAMBERS,
Benton County Detention Center                              DEFENDANT

<u>**O R D E R**</u>

Now on this 25th day of November 2013, comes on for consideration the **Report and Recommendation of the Magistrate Judge** (document #56), filed on October 23, 2013, to which no objections have been filed. The Court has reviewed the Report and Recommendation and, being well and sufficiently advised, finds that it is proper and should be adopted in its entirety.

**IT IS THEREFORE ORDERED** that the **Report and Recommendation of the Magistrate Judge** (document #56) is **adopted** *in toto*.

**IT IS FURTHER ORDERED** that, for the reasons stated in the Report and Recommendation, the defendant's **Motion for Summary Judgment** (document #16) is hereby **granted**, and this case is **dismissed with prejudice.**

**IT IS SO ORDERED.**

                                    /s/ Jimm Larry Hendren
                                    JIMM LARRY HENDREN
                                    UNITED STATES DISTRICT JUDGE