IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

CHRIS STOWELL                                                    PLAINTIFF

                    v                    Civil No. 12-5076

DEPUTY CHAMBERS,
Benton County Detention Center                        DEFENDANT

## REPORT AND RECOMMENDATION OF THE MAGISTRATE JUDGE

Currently before the undersigned is the Plaintiff's Motion for Leave to Appeal In Forma Pauperis (IFP).   (Doc. 59).  On November 25, 2013, United States District Judge Jimm Larry Hendren adopted the Report and Recommendation entered by the undersigned, granted Defendant's Motion for Summary Judgment, and dismissed Plaintiff's complaint.  (Docs. 16, 56, 57.)  "An appeal may not be taken in forma pauperis if the trial court certifies in writing that it is not taken in good faith." 28 U.S.C. § 1915(a)(3).  As was discussed in detail in the Report and Recommendation, Plaintiff's claims are subject to dismissal because videos of the incident at issue clearly demonstrate that the use of force by Defendant was not excessive under the circumstances.  Accordingly, any appeal would not be taken in good faith.

The undersigned therefore recommends that the Motion for Leave to Appeal IFP (Doc. 59) be DENIED.  Plaintiff may, of course, renew his motion for leave to appeal IFP with the Court of Appeals for the Eighth Circuit. See Fed. R. App. P. 24(a)(5).

**The parties have fourteen (14) days from receipt of the report and recommendation in which to file written objections pursuant to 28 U.S.C. § 636(b)(1). The failure to file timely objections may result in waiver of the right to appeal questions of fact. The parties are**

**reminded that objections must be both timely and specific to trigger de novo review by the district court.**

DATED this 22nd day of January, 2014.

/s/ Erin L. Setser
HON. ERIN L. SETSER
UNITED STATES MAGISTRATE JUDGE