```
         IN THE UNITED STATES DISTRICT COURT
            WESTERN DISTRICT OF ARKANSAS
                 FAYETTEVILLE DIVISION
```

CHRIS STOWELL                                                PLAINTIFF

       v.                Civil No. 12-5076

DEPUTY CHAMBERS,
Benton County Detention Center                               DEFENDANT

## O R D E R

Now on this 11th day of February 2014, comes on for consideration the **Report and Recommendation of the Magistrate Judge** (document #60), filed on January 22, 2014, to which no objections have been filed. The Court has reviewed the Report and Recommendation and, being well and sufficiently advised, finds that it is proper and should be adopted in its entirety.

**IT IS THEREFORE ORDERED** that the **Report and Recommendation of the Magistrate Judge** (document #60) is **adopted** *in toto*.

**IT IS FURTHER ORDERED** that, for the reasons stated in the Report and Recommendation, plaintiff's **Motion for Leave to Appeal In Forma Pauperis** (document #59) is hereby **denied**.

**IT IS SO ORDERED.**

                                                /s/ Jimm Larry Hendren
                                               JIMM LARRY HENDREN
                                               UNITED STATES DISTRICT JUDGE